Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANDARD FABRICS INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MANNA TEXTILES, INC.; *et al.*,<br><br>Defendants. | Case No.: 2:16-CV-01779-DSF-AS<br><u>Honorable Dale S. Fischer Presiding</u><br><br>**JOINT RULE 26(f) REPORT**<br><br>Scheduling Conference: 9/12/2016<br>Time:                                  11:00 AM<br>Courtroom:                      840-Roybal |

By and through their attorneys of record, who are set forth below, the parties have prepared and hereby submit this jointly signed Scheduling Conference report following the conference of counsel required by Federal Rule of Civil Procedure 16(b), Central District Local Rule 26-1 and this Court's Order setting a Scheduling Conference.

**A. <u>STATEMENT OF THE CASE</u>**

<u>Plaintiff's Contentions</u>

Plaintiff is a Los Angeles-based design and fabric company. Plaintiff alleges that it creates and purchases the exclusive rights to two-dimensional works of art for

4836-8758-7639.1

JOINT RULE 26(f) REPORT

use on textiles. By having original artwork consistent with market trends, Plaintiff creates a demand for its services. Plaintiff has alleged that Defendants have engaged in infringing activity by creating, importing, manufacturing, distributing, purchasing, selling, and/or transferring apparel and fabric which violates Plaintiff's copyright in one such proprietary textile design, entitled "7465" (the "Subject Design").

Plaintiff estimates that recoverable damages, including without limitation Defendant's disgorgeable profits, Plaintiff's actual damages, attorneys' costs, and pre-judgment interest on its copyright claim are likely in excess of $100,000.00. Plaintiff may alternately elect statutory damages, which would amount to up to $150,000 per instance of infringement.

Defendants' Contentions

Defendants Manna Textiles, Inc. is a supplier of garments primarily directed to females. Defendants Rainbow, USA, Inc. and Lany Group, LLC are retailers of garments (collectively "Defendants").

Defendants deny that they are violating any valid intellectual property rights of Plaintiff in this case and dispute Plaintiff's allegations. Defendants assert various affirmative defenses, including, but not limited to, that the alleged copyright at issue is invalid. Defendants contend that the subject design is not sufficiently original for Plaintiff to claim either authorship or copyrightability. Trial counsel for Defendants shall be Deborah F. Sirias of Lewis Brisbois Bisgaard & Smith.

**B. ADDING CLAIMS/PARTIES**

Plaintiff's Contentions

Plaintiff does not anticipate that additional parties will be added to the case; however, should discovery reveal that any other offending garments related to the infringements at issue in this case were either manufactured or sold by other parties within the jurisdiction of this Court, Plaintiff will promptly seek to amend the Complaint to add said parties.

<u>Defendants' Contentions</u>

<u>Defendants do not anticipate that additional parties will be added to the case.</u>

### C. **MANUAL FOR COMPLEX LITIGATION**

The Parties do not contemplate this case to invoke any part of the complex litigation manual; thus, the parties do not propose any modifications of the procedures set forth in that manual for this particular action.

### D. **STATUS OF DISCOVERY**

The parties have not yet formally served discovery in this case, but have begun an informal exchange of documents and information. The parties anticipate entering into an appropriate stipulated protective order within the next 30 days in order to allow for the exchange of confidential or sensitive information, and to commence formal discovery following the filing of this report.

The parties anticipate that they will serve their Initial Disclosures as required by Fed. R. Civ. P. 26 within the next 4 weeks.

### E. **DISCOVERY PLAN**

All discovery will be conducted pursuant to the Federal Rules of Civil Procedure.  The parties agree that no modification of the discovery limitations set forth in Fed. R. Civ. P. or the Local Rules are necessary at this time. However, the parties reserve their right to request the Court to modify the limitations imposed by Fed. R. Civ. P. 26 and the Local Rules.

The parties anticipate utilizing all discovery allowed under the Federal Rules, including requests for documents, interrogatories, and requests for admissions.  The parties agree that they will begin with written discovery and then take depositions of the percipient witnesses as revealed throughout the course of discovery.

The parties presently do not anticipate any unusual legal issues presented in this case, and therefore do not believe discovery should be conducted in phases or

4836-8758-7639.1

only as to certain issues.

## F. DISPOSITIVE MOTIONS

<u>Plaintiff's Contentions</u>

Plaintiff anticipates filing a Motion for Partial Summary Judgment for liability as to Defendants for copyright infringement by the deadline for dispositive motions. Plaintiff also will not seek bifurcation.

## G. SETTLEMENT

Preliminary settlement discussions have taken place and are on-going. Pursuant to Local Rule 16.5-5, the parties have agreed to Central District Settlement Procedure No. 1, before the Magistrate Judge.

## H. TRIAL ESTIMATE

Plaintiff has requested a jury trial. The parties estimate the trial in this matter to last between 3-4 court days.

## I. PROPOSED DATES AND DEADLINES

<u>Plaintiff's Proposed Dates:</u>

- Trial:                                                August 29, 2017
- Pre-trial conference:                        August 1, 2017
- Last day to add claims or parties:   February 28, 2017
- Last Day to File Motions:               April 25, 2017
- Discovery cut-off:                           April 25, 2017
- Opening Expert Disclosures:          March 28, 2017
- Expert Rebuttal Disclosure:            April 25, 2017
- Expert Discovery cut-off:               May 23, 2017
- Mediation cut-off:                           June 6, 2017

4836-8758-7639.1

         WHEREUPON, the parties, by and through their respective attorneys of record, hereby jointly submit this Joint Report.

Dated:  August 29, 2016         By:     */s/ Trevor W. Barrett*
                                        Scott A. Burroughs, Esq.
                                        Trevor W. Barrett, Esq.
                                        DONIGER /BURROUGHS
                                        Attorneys for Plaintiff Standard Fabrics International, Inc.

Dated:  August 29, 2016         By:     */s/ Deborah F. Sirias*
                                        Deborah F. Sirias, Esq.
                                        LEWIS BRISBOIS BISGARD & SMITH, LLP
                                        Attorneys for Defendants

         The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

                                By:     */s/ Trevor W. Barrett*

4836-8758-7639.1

JOINT RULE 26(f) REPORT